UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

YONY SOSA, ON BEHALF OF HIMSELF AND
ALL OTHER PERSONS SIMILARLY SITUATED,

Plaintiffs,

v.

STRICOFF FINE ART, LTD.,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:21-cv-10161

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), YONY SOSA, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure, hereby dismisses the above entitled action against Defendant, STRICOFF FINE

ART, LTD., with prejudice and without fees and costs.

Dated:  New York, New York
February 1, 2022

GOTTLIEB & ASSOCIATES

*/s/Michael A. LaBollita, Esq.*

Michael A. LaBollita, Esq., (ML-9985)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Michael@Gottlieb.legal

*Attorneys for Plaintiffs*

SO ORDERED:

_____

Hon. Ronnie Abrams
February 2, 2022